CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 24 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BURRELL A. McGHEE, | Civil No. 7:13-CV-00123 |
| Plaintiff | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | By: Samuel G. Wilson<br>United States District Judge |

For the foregoing reasons, it is hereby **ORDERED** and **ADJUDGED** that the United States' motion to dismiss claims against it arising out of the doctors' actions (ECF 16) is **GRANTED** and those claims are **DISMISSED**. Accordingly, the United States' motion for summary judgment (ECF 63) is also **DISMISSED** as moot.

**ENTER**: February 24, 2014.

_____
UNITED STATES DISTRICT JUDGE