IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

**BURRELL A. McGHEE,**

       **Plaintiff**

v.                                           Case No. 7:13-CV-00123

**UNITED STATES OF AMERICA,** *et. al.*,

       **Defendants.**

## MOTION FOR VOLUNTARY DISMISSAL AS TO DEFENDANTS JAMES MOITOZA, M.D. AND LOCUMTENENS.COM, LLC

COMES NOW the Plaintiff, through counsel, and requests this Court to enter the Agreed Dismissal Order attached hereto as Exhibit A, dismissing the Plaintiff's claims against Defendants James Moitoza, M.D. and LocumTenens.com, LLC with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) as this matter has now been resolved as to these two defendants. As evidenced by their signatures on the draft order, counsel for all parties in this matter have conferred and have agreed upon the language of the same.

                                                Respectfully submitted,

                                                BURRELL A. McGHEE

                                                By:   /s Carrol M. Ching
                                                            Counsel

John P. Fishwick, Jr., Esquire
Va. State Bar I.D. # 23285
Carrol M. Ching, Esquire
Va. State Bar I.D. # 68031
LICHTENSTEIN FISHWICK PLC
101 South Jefferson Street
Suite 400
Roanoke, Virginia 24011
(540) 345-5890 Telephone
(540) 345-5789 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

>Joseph W. H. Mott
>Thomas L. Eckert
>United States Attorney's Office
>BB&T Building
>310 First Street, S.W., Room 906
>P.O. Box 1709
>Roanoke, VA 24008-1709
>*Counsel for Defendant United States of America*
>
>Neal Lewis, Esq.
>Sean P. Byrne, Esq.
>Hancock, Daniel, Johnson & Nagle, P.C.
>4701 Cox Road, Suite 400
>Glen Allen, VA 23060
>*Counsel for Defendant Dr. James Moitoza*
>
>M. Pierce Rucker, Esq.
>Justin Ward, Esq.
>Sands Anderson, PC
>1111 E. Main Street, 24th Floor
>P.O. Box 1998
>Richmond, VA 23218-1998
>*Counsel for Dr. Charles Roberson and Defendant LocumTenes.com, LLC*

  /s Carrol M. Ching