CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 14 2014

JULIA C.
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BURRELL A. McGHEE )
)
    Plaintiff, ) Case No. 7:13-CV-123
)
v. )
)
CHARLES A. ROBERSON, M.D., et al. )
)
    Defendant(s). )

### AGREED DISMISSAL ORDER

This matter came before the Court on the motion of the parties, by counsel, for an Order dismissing this litigation with prejudice.

IT APPEARING TO THE COURT that the parties jointly request the relief that they seek, it is hereby:

ADJUDGED, ORDERED and DECREED that the Court dismisses the Plaintiff's claims against **James Moitoza, M.D., and LocumTenens.com, LLC** with prejudice; and this matter shall be stricken from the Court's active docket as to those two parties.

Attested copies of this order, following entry, will be available via the CM/ECF system which will send notification of such filing to all counsel of record.

Entered    11 / 13 / 14

/s/ Michael F. Urbanski
_____
Honorable Michael F. Urbanski
United States District Judge

We ask for this:

_____
John P. Fishwick, Jr., Esq.
Carrol M. Ching, Esq.
Monica L. Mroz, Esq.
Lichtenstein Fishwick PLC
101 South Jefferson Street, Suite 500
Roanoke, VA 24011
*Counsel for the Plaintiff*




_____
M. Pierce Rucker, Esq. (VSB No. 15266)
Justin W. Ward, Esq. (VSB No. 48893)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400 (23219)
Post Office Box 1998
Richmond, VA 23218-1998
*Counsel for Locumtenens.com, LLC and Charles A. Roberson, M.D.*



_____
Sean P. Byrne, Esq.
Neal H. Lewis, Esq.
Hancock Daniel Johnson & Nagle, P.C.
4701 Cox Road, Suite 400
Glen Allen, VA 23060
*Counsel for James Moitoza, M.D.*



_____
Joseph W. H. Mott
Thomas L. Eckert, Esq.
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008-1709
*Counsel for U.S.A.*

We ask for this:

_____
John P. Fishwick, Jr., Esq.
Carrol M. Ching, Esq.
Monica L. Mroz, Esq.
Lichtenstein Fishwick PLC
101 South Jefferson Street, Suite 500
Roanoke, VA 24011
*Counsel for the Plaintiff*

_____
M. Pierce Rucker, Esq. (VSB No. 15266)
Justin W. Ward, Esq. (VSB No. 48893)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400 (23219)
Post Office Box 1998
Richmond, VA 23218-1998
*Counsel for Locumtenens.com, LLC and Charles A. Roberson, M.D.*

_____
Sean P. Byrne, Esq.
Neal H. Lewis, Esq.
Hancock Daniel Johnson & Nagle, P.C.
4701 Cox Road, Suite 400
Glen Allen, VA 23060
*Counsel for James Moitoza, M.D.*

_____
Joseph W. H. Mott
Thomas L. Eckert, Esq.
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008-1709
*Counsel for U.S.A.*

2

We ask for this:

_____
John P. Fishwick, Jr., Esq.
Carrol M. Ching, Esq.
Monica L. Mroz, Esq.
Lichtenstein Fishwick PLC
101 South Jefferson Street, Suite 500
Roanoke, VA 24011
*Counsel for the Plaintiff*


_____
M. Pierce Rucker, Esq. (VSB No. 15266)
Justin W. Ward, Esq. (VSB No. 48893)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400 (23219)
Post Office Box 1998
Richmond, VA 23218-1998
*Counsel for Locumtenens.com, LLC and Charles A. Roberson, M.D.*


_____
Sean P. Byrne, Esq.
Neal H. Lewis, Esq.
Hancock Daniel Johnson & Nagle, P.C.
4701 Cox Road, Suite 400
Glen Allen, VA 23060
*Counsel for James Moitoza, M.D.*


_____
Joseph W. H. Mott
Thomas L. Eckert, Esq.
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008-1709
*Counsel for U.S.A.*

2